IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIA E. DIXON,** | : | **CIVIL ACTION** |
| Plaintiff, | : | **NO. 06-2080** |
| | : | |
| v. | : | |
| | : | |
| **JO ANNE BARNHART,** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY ADMINISTRATION,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 6th day of November, 2006, upon careful and independent consideration of Plaintiff's Motion for Summary Judgment (Document No. 6), Defendant's Motion for Summary Judgment (Document No. 7), and after reviewing the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Document No. 9),[1] it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[2]
2. Defendant's Motion for Summary Judgment is **GRANTED**;
3. Plaintiff's Motion for Summary Judgment is **DENIED**.
4. The Clerk of Court shall mark this case as closed for statistical purposes.

BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] Objections to the Report and Recommendation filed by Magistrate Judge Caracappa were due on or before October 9, 2006.  The parties have not filed timely objections to the Report and Recommendation.

[2] While adopting Magistrate Judge Caracappa's report, the Court notes the typographical error on page 1. Plaintiff is Maria E. Dixon, not Lisa Bidlingmeyer.